SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2016 JAN 26  P 1: 32 |
| | ) | |
| v. | ) | Crim. No. 2:16-cr-13-JDL |
| | ) | DEPUTY CLERK |
| DAYMARY LISLE, AKA | ) | |
| DAYMARY AQUILEA, AKA | ) | |
| DAYMARY BARTER | ) | |

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date:  January 26, 2016

Thomas E. Delahanty II
United States Attorney

Halsey B. Frank
Assistant U.S. Attorney

1/26/16

Motion GRANTED

USMJ